[No. 10425-7-III.   Division Three.   August 8, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RUBEN SABEDRA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 89-1-00152-0, Jerry M. Moberg, J., entered October 27, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Thompson, J.

[No. 10603-9-III.   Division Three.   August 8, 1991.]

*In the Matter of the Marriage of* ANNETTE HARDMAN, *Respondent, and* ALLEN S. HARDMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83-3-01461-4, Heather Van Nuys, J., entered January 12, 1990. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.

[No. 10680-2-III.   Division Three.   August 8, 1991.]

*In the Matter of the Marriage of* BARBARA BARNES, *Respondent, and* WILBUR BARNES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88-3-01305-1, Fred L. Stewart, J., entered March 21, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Shields, A.C.J., concurred in by Munson and Thompson, JJ.